| | |
|---|---|
| GLORIA RUZ, | No. 2:17-cv-2483 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| JEFF B. SESSIONS, Attorney General, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is proceeding in this matter pro se. The matter was accordingly referred to the undersigned magistrate judge by E.D. Cal. R. 302(c)(21). An initial scheduling conference was set for May 23, 2018 before the undersigned. See ECF No. 3. However, parties have not submitted their status reports fourteen days prior to the hearing pursuant to Local Rule 240(b). Moreover, it appears plaintiff has failed to show proof that defendants have been served with the complaint pursuant to Fed. R. Civ. Proc. ("Rule") 5(d).

Accordingly, IT IS HEREBY ORDERED that:

1. The initial scheduling conference set for May 23, 2018, is VACATED;

2. Plaintiff shall show cause in writing, within 14 days, why this action should not be dismissed for failure to prosecute; and

////

3. Plaintiff is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: May 21, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE