UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA RUZ,

               Plaintiff,

      v.

JEFF B. SESSIONS, Attorney General, et al.,

               Defendants.

No. 2:17-cv-2483 JAM AC PS

ORDER

Plaintiff is proceeding in this matter pro se. The matter was accordingly referred to the undersigned magistrate judge by E.D. Cal. R. 302(c)(21).

On November 27, 2017, plaintiff commenced this action by filing a complaint and paying the required filing fee. ECF No. 1. An initial scheduling conference was set for May 23, 2018 before the undersigned. ECF No. 3. However, parties failed to submit their status reports fourteen days prior to the hearing pursuant to Local Rule 240(b). Moreover, plaintiff failed to show proof that defendants had been served with the complaint pursuant to Fed. R. Civ. Proc. ("Rule") 5(d). Accordingly, the Court issued an order vacating the hearing and ordering plaintiff to show cause why this case should not be dismissed for failure to prosecute. ECF No. 4. Plaintiff did not respond. On June 5, 2018, the undersigned recommended that this action be dismissed for lack of prosecution and for failure to comply with the Court's order and granted

1

1  plaintiff twenty-one days to file objections.  ECF No.  5.

2       On June 14, 2018, plaintiff filed a motion for extension of time to respond to the Court's

3  order to show cause.  ECF No. 6.  Plaintiff explains she needs additional time to respond and that

4  the motion is not intended to cause delay.  Id. at 1.  Plaintiff's motion for extension of time is

5  construed as an extension of time to file objections to the undersigned's June 5, 2018 findings and

6  recommendations.

7       Accordingly, for good cause shown, IT IS HEREBY OREDERED that plaintiff's motion

8  for extension of time, ECF No. 6, is GRANTED, and plaintiff shall have until July 6, 2018 to file

9  objections.

10  DATED: June 19, 2018

11  _____
    ALLISON CLAIRE

12  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28